■ In the Matter of DENNIS S., Respondent, v TANYA P., Appellant. [44 NYS3d 753]—Order, Family Court, Bronx County (Bonnie Cohen-Gallet, Ref.), entered on or about May 30, 2014, which, upon a finding that respondent had committed acts constituting numerous family offenses, granted petitioner a one-year order of protection against respondent, unanimously affirmed, without costs.

A fair preponderance of the evidence included in the appellate record supports the court's finding that respondent com-

mitted acts constituting the family offense of attempted assault in the third degree (*see* Penal Law §§ 110.00, 120.00). There is no basis to disturb the court's credibility determinations (*see e.g. Matter of Marisela N. v Lacy M.S.*, 101 AD3d 425 [1st Dept 2012]).

We do not address whether respondent's actions constitute any further family offenses, in light of the incomplete record on appeal. Concur—Friedman, J.P., Renwick, Richter, Moskowitz and Kapnick, JJ.